# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139897

GARY TYSON,
            Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN BOARD
OF REGENTS,
            Defendant-Appellee.

_____/

SC: 139897
COA: 285068
Court of Claims: 07-000104-MH

On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

_____
Clerk

d0317